# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160573(19)

ADAM RODRIGUE and DONNA
RODRIGUE,
      Plaintiffs-Appellees,

v

COMPREHENSIVE MEDICAL CENTER,
PLLC, d/b/a COMPREHENSIVE UROLOGY,
COMPREHENSIVE UROLOGY NORTH, and
ALTIN MIRAKA, D.O.,
      Defendants-Appellants,
and

SABRY G. MANSOUR, M.D.,
      Defendant.
_____/

SC: 160573
COA: 349575
Lapeer CC: 17-050518-NM

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before January 23, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 14, 2020



Clerk